

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2021

No. 04-21-00300-CV

**IN THE MATTER THE ESTATE OF VAN L. CRAPPS, DECEASED**

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

# O R D E R

On July 26, 2021, appellant filed an unopposed motion to extend the time to file his notice of appeal. We GRANT appellant's motion and deem appellant's notice of appeal timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court